Mr. Joseph Barnard Hines
#901768 - Connally Unit
899 F.M. 632
Kenedy Tx 78119

55,762-14

Clerk of the
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 08 2015
Abel Acosta, Clerk

June 4, 2015

RE: <u>WR-55,762-10; TR. NO. 809892-B / Motion for Leave
To File Writ of Mandamus and Application for
Writ of Mandamus.</u>

Dear Clerk,

I'm writing in concern of the status of the Motion for Leave to File Writ of Mandamus, and Application for Writ of Mandamus, that I mail to this Court on the 21st day of May, 2015, concerning the above Writ and Trial Cause Numbers.

I never receive notice that this Court received and filed such documents. Can you please inform me of the status of this Action.

Thank You.

C.C.F.

## CERTIFICATE OF SERVICE

I, JOSEPH BARNARD HINES, HEREBY CERTIFY THAT THIS LETTER WAS MAIL TO THE CLERK OF THE COURT OF CRIMINAL APPEALS bY U.S.P.S. AT: P.O. BOX 12308, CAPITOL STATION AUSTIN, Tx. 78711, ON JUNE 4, 2015.

EXECUTED ON JUNE 3, 2015.

C.C.F.

X _____